IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CGI FINANCE, INC., | ) | CIVIL 12-000258-LEK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TAKE 5, (O/N 1219034), her engines, apparel, tackle, boats, appurtenances, etc., in rem, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 7, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT PLAINTIFF CGI FINANCE, INC.'S MOTION FOR REIMBURSEMENT OF ADMINISTRATIVE EXPENSES BE GRANTED," docket entry no. 37, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 21, 2013.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**CGI FINANCE, INC. V. TAKE 5 (O/N 1219034), ETC; CIVIL 12-00258 LEK-KSC;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**